# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1742
LT Case No. 2021-CF-001548-A

_____

MOHSEN JAVAN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
William S. Orth, Judge.

Matthew J. Metz, Public Defender, and Robert Jackson Pearce III, Assistant Public Defender, Daytona Beach, for Appellant.

Mohsen Javan, Blountstown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


March 5, 2024


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and MAKAR and SOUD , JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————